# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN FINKBONE, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 19-361 |

## ORDER OF JUDGMENT

**AND NOW**, this 11th day of December, 2019, it is hereby **ORDERED** that Judgment is entered in favor of Defendant, Andrew Saul.

BY THE COURT:


_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge